**Willard TERRY, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34357.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

Richard Dahms, Public Defender, Daniel L. Radke, Asst. Public Defender, St. Joseph, for movant-appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

## ORDER

PER CURIAM:

This is an appeal from a denial of post-conviction relief pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).